```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 02823
   DIANE SHEPARD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5430


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/26/2004 and was confirmed 04/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.95% from remaining funds.

     The case was paid in full 08/13/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~     SECURED              400.00       10.60        400.00
ECMC                       UNSECURED           1566.48         .00        719.78
FCNB                       UNSECURED          NOT FILED        .00           .00
AT&T BROADBAND             UNSECURED          NOT FILED        .00           .00
MIDNIGHT VELVET            UNSECURED          NOT FILED        .00           .00
SEVENTH AVENUE             UNSECURED          NOT FILED        .00           .00
AT & T WIRELESS            UNSECURED          NOT FILED        .00           .00
SPRINT PCS                 UNSECURED          NOT FILED        .00           .00
INSTANT CASH               UNSECURED          NOT FILED        .00           .00
MIDWEST CENTER FOR STRES   UNSECURED OTH       440.01         .00        202.19
ORCHARD BANK               UNSECURED          NOT FILED        .00           .00
CARD SERVICE CENTER        UNSECURED           717.55         .00        329.71
MIDWEST CENTER MEDICAL     NOTICE ONLY        NOT FILED        .00           .00
PROVIDIAN VISA             UNSECURED          NOT FILED        .00           .00
CAPITAL ONE BANK           UNSECURED           728.90         .00        334.92
CAPITAL ONE BANK           UNSECURED           982.21         .00        451.32
PAYDAY LOAN STORE          UNSECURED          NOT FILED        .00           .00
CROSS COUNTRY BANK         UNSECURED          NOT FILED        .00           .00
CROSS COUNTRY BANK         NOTICE ONLY        NOT FILED        .00           .00
NATIONWIDE ACCEPTANCE~     UNSECURED          1547.32         .00        710.98
STEFANS STEFANS & STEFAN   REIMBURSEMENT       154.00         .00        154.00
ECMC                       UNSECURED              .00         .00           .00
CAPITAL ONE BANK           UNSECURED           419.14         .00        192.59
CAPITAL ONE BANK           UNSECURED           721.85         .00        331.68
HORSESHOE CASINO           NOTICE ONLY        NOT FILED        .00           .00
HORSESHOE CASINO HAMMOND   UNSECURED          NOT FILED        .00           .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY        2,000.00                  2,000.00
TOM VAUGHN                 TRUSTEE                                        312.23
DEBTOR REFUND              REFUND                                          75.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 02823 DIANE SHEPARD
```

```
                          RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   6,225.00

PRIORITY                                          154.00
SECURED                                           400.00
    INTEREST                                       10.60
UNSECURED                                       3,273.17
ADMINISTRATIVE                                  2,000.00
TRUSTEE COMPENSATION                              312.23
DEBTOR REFUND                                      75.00
                         ---------------    ---------------
TOTALS                    6,225.00              6,225.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/29/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE





                              PAGE   2
        CASE NO. 04 B 02823 DIANE SHEPARD